B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**All Out, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**01-0849353** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10430 Argonne Woods Drive**<br>**Woodridge, IL**　　ZIP Code **60517** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**　　*** John Ellsworth 1074506 (WI), 0009369 (IL) ***

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **All Out, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **All Out, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ John Ellsworth**
_____
Signature of Attorney for Debtor(s)

**John Ellsworth 1074506 (WI), 0009369 (IL)**
_____
Printed Name of Attorney for Debtor(s)

**Ellsworth Law Group, LLC**
_____
Firm Name
**2600 N. Mayfair Road
Suite 700
Wauwatosa, WI 53226**

_____
Address

**Email: John@unitedstatesaudit.com**
**414-771-5070  Fax: 414-918-8306**
_____
Telephone Number
**June  9, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ J.B. Capuano**
_____
Signature of Authorized Individual
**J.B. Capuano**
_____
Printed Name of Authorized Individual
**President**
_____
Title of Authorized Individual
**June  9, 2011**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **All Out, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **10430 Argonne Woods c/o Cook Financial 5600 N. River Road, Suite 150 Rosemont, IL 60018** | **10430 Argonne Woods c/o Cook Financial 5600 N. River Road, Suite 150 Rosemont, IL 60018** | | | **36,603.82** |
| **Chisholm Industries 8304 West Parkland Court Milwaukee, WI 53223** | **Chisholm Industries 8304 West Parkland Court Milwaukee, WI 53223** | | | **29,661.26** |
| **Connemara Converting 8014 Solutions Center Chicago, IL 60677-8000** | **Connemara Converting 8014 Solutions Center Chicago, IL 60677-8000** | | | **52,830.65** |
| **CSR Industries, Inc. 425 East Fourth Street East Dundee, IL 60118** | **CSR Industries, Inc. 425 East Fourth Street East Dundee, IL 60118** | | | **26,222.69** |
| **Dahlgrens Buckley Dement 7224 W. 6oth Street Summit, IL 60501** | **Dahlgrens Buckley Dement 7224 W. 6oth Street Summit, IL 60501** | | | **34,522.47** |
| **Hiflex Corp Attn: Alicia Schaefer PO Box 213 Ashland, NY 12407** | **Hiflex Corp Attn: Alicia Schaefer PO Box 213 Ashland, NY 12407** | | | **26,058.50** |
| **Internal Revenue Service 2001 Butterfield Road Stop 5338 WSB Downers Grove, IL 60515-1050** | **Internal Revenue Service 2001 Butterfield Road Stop 5338 WSB Downers Grove, IL 60515-1050** | **941 Tax** | | **571,643.72** |
| **KBA North America, Inc. POBox 619006 Dallas, TX 75261-9006** | **KBA North America, Inc. POBox 619006 Dallas, TX 75261-9006** | | | **415,985.11** |
| **Labor Power, Inc. 2214 Algonquin Road Rolling Meadows, IL 60008** | **Labor Power, Inc. 2214 Algonquin Road Rolling Meadows, IL 60008** | | | **74,148.03** |
| **Midland Paper 1140 Paysphere Circle Chicago, IL 60674** | **Midland Paper 1140 Paysphere Circle Chicago, IL 60674** | | | **41,660.79** |
| **Midwest Ink Co. 2701 S. 12th Avenue Broadview, IL 60155** | **Midwest Ink Co. 2701 S. 12th Avenue Broadview, IL 60155** | | | **38,621.28** |

B4 (Official Form 4) (12/07) - Cont.

In re  **All Out, Inc.**                                                     Case No. _____

                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Norkol, Inc.<br>PO Box 95177<br>Palatine, IL 60095-0177 | Norkol, Inc.<br>PO Box 95177<br>Palatine, IL 60095-0177 | | | 60,038.55 |
| Phoenix Binding Corp.<br>1100 W. Pratt Blvd.<br>Elk Grove Village, IL 60007 | Phoenix Binding Corp.<br>1100 W. Pratt Blvd.<br>Elk Grove Village, IL 60007 | | | 42,761.35 |
| Specialty Print Communications<br>6019 W. Howard Street<br>Niles, IL 60714 | Specialty Print Communications<br>6019 W. Howard Street<br>Niles, IL 60714 | | | 197,056.82 |
| Transilwrap Company, Inc.<br>2434 Momentum Place<br>Chicago, IL 60689-5324 | Transilwrap Company, Inc.<br>2434 Momentum Place<br>Chicago, IL 60689-5324 | | | 43,477.51 |
| U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | | 1,894,000.00 |
| U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | | 1,100,000.00 |
| Veterans Print Management<br>35 Cherrywood Drive<br>Palos Park, IL 60464 | Veterans Print Management<br>35 Cherrywood Drive<br>Palos Park, IL 60464 | Line of Credit | | 600,000.00 |
| Veterans Print Management<br>35 Cherrywood Drive<br>Palos Park, IL 60464 | Veterans Print Management<br>35 Cherrywood Drive<br>Palos Park, IL 60464 | | | 41,988.00 |
| Xpedx<br>3568 Solutions Center<br>Chicago, IL 60677-3005 | Xpedx<br>3568 Solutions Center<br>Chicago, IL 60677-3005 | | | 66,151.09 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June  9, 2011**                              Signature  **/s/ J.B. Capuano**
                                                               **J.B. Capuano**
                                                               **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re    **All Out, Inc.**                                          ,    Case No. _____

                                        Debtor

                                                          Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,535,213.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 9,451,571.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 579,523.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 5,454,309.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 7,535,213.00 | | |
| Total Liabilities | | | | 15,485,404.12 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **All Out, Inc.**
_____,    Case No. _____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re      **All Out, Inc.**                                                                      ,        Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **All Out, Inc.**                                                                          ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | **1,000.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposits** | - | **64,859.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **65,859.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **All Out, Inc.**
_____,      Case No. _____

                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Present accounts receivable** | - | 181,029.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        181,029.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **All Out, Inc.**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Description:  KBA RA 142-5+L 56" 5 Color Press s/n 368001, Age 2006; Location: 10430 Argonne Woods Drive, Woodridge IL 60517 | - | 2,529,929.00 |
| | | Description:  KBA RA 142-6+L 56" 6 Color Press, s/n 368143; age 2007 | - | 3,812,460.00 |
| | | Furniture and Fixtures | - | 21,111.00 |
| | | KBA Genius | - | 340,000.00 |
| 30. Inventory. | | Inventory on hand | - | 128,750.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **6,832,250.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **All Out, Inc.**                                                                  ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Reserve - Bay View Funding (factor)** | - | 46,587.00 |
| | | **Employee advances** | - | 2,255.00 |
| | | **Leasehold Improvements** | - | 407,233.00 |

| | | |
|---|---|---|
| | Sub-Total > | 456,075.00 |
| | (Total of this page) | |
| | Total > | 7,535,213.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **All Out, Inc.**                                                  ,          Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2192366004**<br><br>**Colson Service Group**<br>**101 Barclay Street**<br>**8th Floor East**<br>**New York, NY 10286** | | - | **KBA Rapida Press RA142 5+L56" 5/color** | | | | | |
| | | | Value $         **1,750,000.00** | | | | **1,107,564.00** | **0.00** |
| Account No. **8900606762**<br><br>**Colson Service Group**<br>**101 Barclay Street**<br>**8th Floor East**<br>**New York, NY 10286** | | - | **KBA IZA 142 L56" 6/Color** | | | | | |
| | | | Value $         **2,500,000.00** | | | | **1,661,620.00** | **0.00** |
| Account No.<br><br>**Colson Service Group**<br>**101 Barclay Street**<br>**8th Floor East**<br>**New York, NY 10286** | | - | **Description:  KBA RA 142-5+L 56" 5 Color Press s/n 368001, Age 2006; Location: 10430 Argonne Woods Drive, Woodridge IL 60517** | | | | | |
| | | | Value $         **2,529,929.00** | | | | **1,107,564.00** | **0.00** |
| Account No.<br><br>**Colson Service Group**<br>**101 Barclay Street**<br>**8th Floor East**<br>**New York, NY 10286** | | - | **Description:  KBA RA 142-6+L 56" 6 Color Press, s/n 368143; age 2007** | | | | | |
| | | | Value $         **3,812,460.00** | | | | **1,661,620.00** | **0.00** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)                    **5,538,368.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **All Out, Inc.**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **KBA North America, Inc.** POBox 619006 Dallas, TX 75261-9006 | - | | **KBA Genius** Value $ 340,000.00 | | | | 340,000.00 | 0.00 |
| Account No. **Master Loan # 1428 - 003** **People's Capital and Leasing Corp.** 255 Bank Street Waterbury, CT 06702 | X - | | May 18, 2006; April 17, 2009 **KBA Rapida Press s/n 368143; GE-Perfecta 57' Cutting System; KBA Rapida 142 Press s/n 368143** Value $ 50,000.00 | | | | 50,000.00 | 0.00 |
| Account No. **1428-001** **People's Capital and Leasing Corp.** 255 Bank Street Waterbury, CT 06702 | - | | Description:  KBA RA 142-5+L 56" 5 Color Press s/n 368001, Age 2006; Location: 10430 Argonne Woods Drive, Woodridge IL 60517 Value $ 2,529,929.00 | | | | 1,372,364.00 | 0.00 |
| Account No. **People's Capital and Leasing Corp.** 255 Bank Street Waterbury, CT 06702 | - | | Description:  KBA RA 142-6+L 56" 6 Color Press, s/n 368143; age 2007 Value $ 3,812,460.00 | | | | 2,150,839.00 | 0.00 |
| Account No. | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 3,913,203.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 9,451,571.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re  **All Out, Inc.**                                                                    ,                Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __All Out, Inc.__ ,                    Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **01-0849353** | | | | **2010** | | | | | |
| **Illinois Department of Revenue** **PO Box 19035** **Springfield, IL 62794** | - | | | | | | | | 0.00 |
| | | | | | | | | 7,880.17 | 7,880.17 |
| Account No. **01-0849353** | | | | **2010** | | | | | |
| **Internal Revenue Service** **2001 Butterfield Road** **Stop 5338 WSB** **Downers Grove, IL 60515-1050** | - | | | **941 Tax** | | | | | 566,153.31 |
| | | | | | | | | 571,643.72 | 5,490.41 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 579,523.89 | 566,153.31 |
| | | | 13,370.58 |
| | Total (Report on Summary of Schedules) | 579,523.89 | 566,153.31 |
| | | | 13,370.58 |

B6F (Official Form 6F) (12/07)

In re **All Out, Inc.**
                                                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **10430 Argonne Woods** c/o Cook Financial 5600 N. River Road, Suite 150 Rosemont, IL 60018 | - | | | | | | | | **36,603.82** |
| Account No. | | | | | | | | | |
| **A&M Quality Transport INc.** 758 Lambert Ln. Bartlett, IL 60103 | | | | | | | | | **2,660.00** |
| Account No. | | | | | | | | | |
| **A-Bec Electric** 253 Marion Court Bensenville, IL 60106 | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Accurate Printing Repair & Sales** 157 Eisenhower Lane North Lombard, IL 60148 | - | | | | | | | | **464.00** |

___33___  continuation sheets attached

Subtotal
(Total of this page)                                               **39,727.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                    ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Actega Kelstar, Inc.** 950 S. Chester Ave. Suite B2 Delran, NJ 08075 | - | | | | | | 19,501.37 |
| Account No. **AEI Service** 17756 S. Marti Road Mokena, IL 60448 | - | | | | | | 600.00 |
| Account No. **American First Aid Services, Inc.** 784 Church Road Elgin, IL 60123 | - | | | | | | 306.90 |
| Account No. **American Pressroom Supplies** 9001 West Exchange Place Franklin Park, IL 60131 | - | | | | | | 7,532.75 |
| Account No. **Amflex Packaging Corporation** 3350 Main Street Skokie, IL 60076-2451 | - | | | | | | 3,640.56 |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         31,581.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **All Out, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ashland 16937 Collections Center Drive Chicago, IL 60693-6397 | | - | | | | | 449.83 |
| Account No. | | | | | | | |
| ASI Mailing & Fulfillment 1958 Ohio Street Lisle, IL 60532 | | - | | | | | 712.15 |
| Account No. | | | | | | | |
| Assurant Health 1405 Xenium Lane North Suite 230 Plymouth, MN 55441-4410 | | - | | | | | 10,943.91 |
| Account No. | | | | | | | |
| AT&T Mobility PO Box 6428 Carol Stream, IL 60197-6428 | | - | | | | | 193.29 |
| Account No. | | | | | | | |
| Audi Volkswagen Credit Department 129601 PO Box 67000 Detroit, MI 48267 | | - | | | | | 4,507.16 |

Sheet no. __2__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,806.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| BCC Software, Inc. 39093 Treasury Center Chicago, IL 60694-9000 | - | | | | | | | 1,655.94 |
| Account No. | | | | | | | | |
| Bella Brew 7742 W. 99th Street Hickory Hills, IL 60457 | - | | | | | | | 155.89 |
| Account No. | | | | | | | | |
| Booklet Binding 710 Kimberly Drive Carol Stream, IL 60188-9406 | - | | | | | | | 2,303.44 |
| Account No. | | | | | | | | |
| Bottcher American Corp. PO Box 823439 Philadelphia, PA 19182-3439 | - | | | | | | | 5,984.05 |
| Account No. | | | | | | | | |
| Brabazon 2484 Century Road PO Box 10827 Green Bay, WI 54307 | - | | | | | | | 696.88 |

Sheet no. __3__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **10,796.20**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bruce Transportation** <br>**P.O. Box 132** <br>**Mukwonago, WI 53149** | - | | | | | | 108.00 |
| Account No. <br><br>**Call One** <br>**PO Box 76112** <br>**Cleveland, OH 44101-4755** | - | | | | | | 350.00 |
| Account No. <br><br>**Cardinal Transportation Solutions** <br>**6209 Mid Rivers Mall Drive** <br>**Suite 210** <br>**Saint Charles, MO 63301** | - | | | | | | 891.00 |
| Account No. <br><br>**Case Paper Co., Inc.** <br>**900 W. 45th Street** <br>**Chicago, IL 60609** | - | | | | | | 51.87 |
| Account No. <br><br>**Chas. H. Luck Envelope, Inc.** <br>**10551 Anderson Place** <br>**Franklin Park, IL 60131** | - | | | | | | 4,016.25 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,417.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **All Out, Inc.** ,                                      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chicago Mailing Tube Co.** <br> **400 Leavitt** <br> **Chicago, IL 60612** | - | | | | | | | 261.21 |
| Account No. <br><br> **Chisholm Industries** <br> **8304 West Parkland Court** <br> **Milwaukee, WI 53223** | - | | | | | | | 29,661.26 |
| Account No. <br><br> **Cimco Communications** <br> **Comcast Phone LLC** <br> **16333 Collections Drive** <br> **Chicago, IL 60693** | - | | | | | | | 632.98 |
| Account No. <br><br> **Clausen Miller P.C.** <br> **10 South LaSalle** <br> **Chicago, IL 60603** | - | | | | | | | 2,331.94 |
| Account No. <br><br> **Clear Staff Inc.** <br> **7501 S. Lemont Road** <br> **Suite 220** <br> **Woodridge, IL 60517** | - | | | | | | | 24,621.41 |

Sheet no. __5__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          57,508.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                                                    ,         Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Colter Peterson**<br>**414 East 16th Street**<br>**Paterson, NJ 07514** | - | | | | | | 697.38 |
| Account No.<br><br>**Com Ed**<br>**PO Box 6112**<br>**Carol Stream, IL 60197-6112** | - | | | | | | 8,169.67 |
| Account No.<br><br>**Connemara Converting**<br>**8014 Solutions Center**<br>**Chicago, IL 60677-8000** | - | | | | | | 52,830.65 |
| Account No.<br><br>**Constellation NewEnergy Inc.**<br>**1221 Lamar St.**<br>**Suite 750**<br>**Houston, TX 77010** | - | | | | | | 24,006.78 |
| Account No.<br><br>**Converted Images**<br>**365 Criss Circle**<br>**Elk Grove Village, IL 60007** | - | | | | | | 1,833.78 |

Sheet no. _6_ of _33_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **87,538.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Converting Solutions, Inc. 8910 58th PLace, Suite 100 Kenosha, WI 53144 | - | | | | | | 16,573.06 |
| Account No. | | | | | | | |
| Copresco 262 Commonwealth Dr. Carol Stream, IL 60188 | - | | | | | | 5,600.00 |
| Account No. | | | | | | | |
| CS Packaging, Inc. 1620 Fullerton Ct. #200 Glendale Heights, IL 60139 | - | | | | | | 12,498.37 |
| Account No. | | | | | | | |
| CSR Industries, Inc. 425 East Fourth Street East Dundee, IL 60118 | - | | | | | | 26,222.69 |
| Account No. | | | | | | | |
| Dahlgrens Buckley Dement 7224 W. 6oth Street Summit, IL 60501 | - | | | | | | 34,522.47 |

Sheet no. __7__ of __33__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)    95,416.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Data Mart Direct 6405 Muirfield Drive Hanover Park, IL 60133 | - | | | | | | 7,499.90 |
| Account No. | | | | | | | |
| Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197 | - | | | | | | 9,967.44 |
| Account No. | | | | | | | |
| Diamond Die & Bevel Cutting LLC 2087 Foster Avenue Wheeling, IL 60090 | - | | | | | | 4,980.87 |
| Account No. | | | | | | | |
| Digital Printing & Imaging 2246 Palmer Dr Suite 107 Schaumburg, IL 60173 | - | | | | | | 1,135.25 |
| Account No. | | | | | | | |
| Digital Printing, Inc. 5005 Chase Avenue Downers Grove, IL 60515 | - | | | | | | 6,000.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   29,583.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **All Out, Inc.**                                    ,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Domestic Uniform Rental 900 47th Street S.W. Unit G Wyoming, MI 46548 | - | | | | | | | 2,688.02 |
| Account No. | | | | | | | | |
| Double D Express PO Box 606 Peru, IL 61354-0606 | - | | | | | | | 625.28 |
| Account No. | | | | | | | | |
| Dupli-Graphic 3628 North Lincoln Avenue Chicago, IL 60613 | - | | | | | | | 180.00 |
| Account No. | | | | | | | | |
| Duraco, Inc. 7400 Industrial Drive Forest Park, IL 60130-2514 | - | | | | | | | 1,256.80 |
| Account No. | | | | | | | | |
| e-LYNXX Corporation 1051 Sheffler Drive Chambersburg, PA 17201-4851 | - | | | | | | | 3,085.00 |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,835.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> E.R.C. Delivery Service <br> 481 W. Fullerton Avenue <br> Elmhurst, IL 60126 | - | | | | | | 2,720.56 |
| Account No. <br><br> Eagles Nest Holdings LLC d/b/a <br> Sabin Robbins <br> PO Box 713419 <br> Cincinnati, OH 45271 | - | | | | | | 8,839.41 |
| Account No. <br><br> EKCC <br> PO Box 740729 <br> Atlanta, GA 30374-0729 | - | | | | | | 12,600.00 |
| Account No. <br><br> Employer Plan Services, Inc. <br> 2180 N. Loop W. Suite 400 <br> Houston, TX 77018 | - | | | | | | 3,040.56 |
| Account No. <br><br> Expedited Freight Systems, INc. <br> 4801 68th Avenue <br> Kenosha, WI 53144 | - | | | | | | 3,522.34 |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          30,722.87

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                               ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Federal Express PO Box 94515 Palatine, IL 60094 | - | | | | | | 1,234.85 |
| Account No. | | | | | | | |
| FLEXcon Company, Inc. PO Box 904 Spencer, MA 01562-0904 | - | | | | | | 6,336.00 |
| Account No. | | | | | | | |
| Forest Printing Company 7214 W. Madison Forest Park, IL 60130 | - | | | | | | 2,100.00 |
| Account No. | | | | | | | |
| Fujifilm Graphic Systems USA, Inc. 850 Central Avenue Hanover Park, IL 60133 | - | | | | | | 19,643.34 |
| Account No. | | | | | | | |
| G&K Service 8201 South Cork Avenue Justice, IL 60458 | - | | | | | | 2,635.45 |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,949.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **General Binding Corp** <br> **PO Box 71361** <br> **Chicago, IL 60694-1361** | - | | | | | | | 2,646.00 |
| Account No. <br><br> **Genesis Packaging and Design Inc.** <br> **20W345-A** <br> **1091st Street** <br> **Lemont, IL 60439** | - | | | | | | | 1,725.00 |
| Account No. <br><br> **GPA** <br> **P.O. Box 88872** <br> **Milwaukee, WI 53288** | - | | | | | | | 699.78 |
| Account No. <br><br> **Grace Printing** <br> **2050 W. Devon Avenue** <br> **Chicago, IL 60659** | - | | | | | | | 5,057.50 |
| Account No. <br><br> **Grafsolve Company** <br> **PO Box 1185** <br> **Northbrook, IL 60065-1185** | - | | | | | | | 2,277.66 |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,405.94**

B6F (Official Form 6F) (12/07) - Cont.

In re     **All Out, Inc.**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Graphic Arts Finishing Co.** <br> **1990 N. Mannheim** <br> **Melrose Park, IL 60160** | - | | | | | | 2,684.41 |
| Account No. <br><br> **Graphic Industries, Inc.** <br> **220 Bond Street** <br> **Elk Grove Village, IL 60007** | - | | | | | | 5,478.00 |
| Account No. <br><br> **Greatland** <br> **P.O. Box 1157** <br> **Grand Rapids, MI 49501** | - | | | | | | 133.56 |
| Account No. <br><br> **Groot Industries, Inc.** <br> **1759 Elmhurst Rd.** <br> **Elk Grove Village, IL 60007** | - | | | | | | 412.03 |
| Account No. <br><br> **Guardian** <br> **PO Box 95101** <br> **Chicago, IL 60694-5101** | - | | | | | | 1,061.55 |

Sheet no. _**13**_ of _**33**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,769.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                          ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Guardsman Laminating Inc. 884 County Line Rd Bensenville, IL 60106 | | - | | | | | | 1,648.53 |
| Account No. | | | | | | | | |
| Harris Bookbinding LLC 5375 Walnut Avenue Downers Grove, IL 60515 | | - | | | | | | 1,476.40 |
| Account No. | | | | | | | | |
| Henkel Corporation PO Box 281666 Atlanta, GA 30384 | | - | | | | | | 21,226.57 |
| Account No. | | | | | | | | |
| Hiflex Corp Attn: Alicia Schaefer PO Box 213 Ashland, NY 12407 | | - | | | | | | 26,058.50 |
| Account No. | | | | | | | | |
| Hostmann-Steinberg Dept 10137 PO Box 87618 Chicago, IL 60680-0618 | | - | | | | | | 7,411.42 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,821.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hydra-Vac, Inc.** <br> **4200 Grove Street** <br> **Gurnee, IL 60031** | - | | | | | | 1,164.81 |
| Account No. <br><br> **Illinois American Water** <br> **PO Box 94551** <br> **Palatine, IL 60094-4551** | - | | Private Service | | | | 109.12 |
| Account No. <br><br> **Illinois American Water - Water** <br> **PO Box 94551** <br> **Palatine, IL 60094-4551** | - | | | | | | 739.90 |
| Account No. <br><br> **Illinois Paper & Copier Co.** <br> **6 Territorial Court** <br> **Bolingbrook, IL 60440** | - | | | | | | 15,272.94 |
| Account No. <br><br> **James J. Capuano** <br> **35 Cherrywood Drive** <br> **Palos Park, IL 60464** | - | | | | | | 9,098.44 |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    26,385.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Jorson & Carlson, Inc.** **1501 Pratt Blvd.** **PO Box 796** **Elk Grove Village, IL 60007** | | - | | | | | 1,612.69 |
| Account No. | | | | | | | |
| **K&R Plastics, Inc.** **10808 Hwy. 290** **West Austin, TX 78736** | | - | | | | | 9.63 |
| Account No. | | | | | | | |
| **KBA North America, Inc.** **POBox 619006** **Dallas, TX 75261-9006** | | - | | | | | 415,985.11 |
| Account No. | | | | | | | |
| **Key Equipment Finance, Inc.** **PO Box 74713** **Cleveland, OH 44194-0796** | | - | | | | | 1,545.94 |
| Account No. | | | | | | | |
| **Labor Power, Inc.** **2214 Algonquin Road** **Rolling Meadows, IL 60008** | | - | | | | | 74,148.03 |

Sheet no. __16__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **493,301.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lamp Express USA. Inc. PO Box 812080 Boca Raton, FL 33481-2080 | | - | | | | | 456.00 |
| Account No. | | | | | | | |
| Landsberg PO Box 201526 Dallas, TX 75320-1526 | | - | | | | | 5,732.58 |
| Account No. | | | | | | | |
| Larsen Envelope Co., Inc. 165 Gaylord Street Elk Grove Village, IL 60007 | | - | | | | | 7,324.83 |
| Account No. | | | | | | | |
| Larsen Packaging Products, Inc. 419 Village Drive Carol Stream, IL 60188-1830 | | - | | | | | 4,129.79 |
| Account No. | | | | | | | |
| Lemont Fire Protection District 15900 New Avenue Lemont, IL 60439 | | - | | | | | 150.00 |

Sheet no. __17__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,793.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Letterhead Press, Inc. 16800 W. Ryerson Road New Berlin, WI 53151 | - | | | | | | 6,068.00 |
| Account No. | | | | | | | |
| Lithec GmbH Carl-Feichtner-Ring 29-31 83714 Miesbach Germany | - | | | | | | 612.50 |
| Account No. | | | | | | | |
| Lubcon Turmo Librication, Inc. 5460 33rd Street SE Grand Rapids, MI 49515 | - | | | | | | 403.11 |
| Account No. | | | | | | | |
| MadMaxMar 150 Harvester Dr. Suite 170 Burr Ridge, IL 60527 | - | | | | | | 20,529.30 |
| Account No. | | | | | | | |
| MCA Industries 681 First Street SW PO Box 555 Massillon, OH 44648-0555 | - | | | | | | 11,500.00 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **39,112.91**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **All Out, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mccoyz Graphics, LLC** <br> **1411 Burnett Drive** <br> **Aurora, IL 60502** | - | | | | | | 350.00 |
| Account No. | | | | | | | |
| **MCD Incorporated** <br> **2547 Progress Road** <br> **Madison, WI 53716** | - | | | | | | 4,621.30 |
| Account No. | | | | | | | |
| **MedTrade LTD** <br> **2354 West Rice** <br> **Chicago, IL 60622** | - | | | | | | 840.00 |
| Account No. | | | | | | | |
| **Midland Paper** <br> **1140 Paysphere Circle** <br> **Chicago, IL 60674** | - | | | | | | 41,660.79 |
| Account No. | | | | | | | |
| **Midwest Ink Co.** <br> **2701 S. 12th Avenue** <br> **Broadview, IL 60155** | - | | | | | | 38,621.28 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,093.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midwest Office Interiors** **10330 Argonne Woods Dr** **Suite 600** **Woodridge, IL 60517** | - | | | | | | 107.75 |
| Account No. | | | | | | | |
| **MultiSwatch Corporation** **2600 S. 25th Ave.** **Suite Y** **Broadview, IL 60155** | - | | | | | | 1,265.34 |
| Account No. | | | | | | | |
| **NGS Printing** **1400 Crispin Drive** **Elgin, IL 60123** | - | | | | | | 6,735.51 |
| Account No. | | | | | | | |
| **NICOAT** **P.O. Box 809137** **Chicago, IL 60680-9137** | - | | | | | | 10,676.42 |
| Account No. | | | | | | | |
| **Nicor Gas** **PO Box 0632** **Aurora, IL 60507-0632** | - | | | | | | **Unknown** |
| Sheet no. __20__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 18,785.02 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NM Transfer Co., Inc.** 630 Muttart Road Neenah, WI 54956-9752 | - | | | | | | 294.12 |
| Account No. **Norkol, Inc.** PO Box 95177 Palatine, IL 60095-0177 | - | | | | | | 60,038.55 |
| Account No. **NuWave Die Cutting & Finishing LTD** 2733 W. Harrison Chicago, IL 60612 | - | | | | | | 2,842.16 |
| Account No. **Oce' Financial Services, Inc.** 5450 Cumberland Avenue Chicago, IL 60656 | - | | | | | | 4,688.62 |
| Account No. **PAC BannerWorks** 3622 N. Home Street Mishawaka, IN 46545 | - | | | | | | 19,240.00 |

Sheet no. __21__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          87,103.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Packaging Advantage, Inc. PO Box 910 West Chicago, IL 60186-0910 | - | | | | | | 5,563.36 |
| Account No. | | | | | | | |
| Peak Business Equipment Co., Inc. PO Box 910 West Chicago, IL 60186-0910 | - | | | | | | 1,835.00 |
| Account No. | | | | | | | |
| Peel & Stik Adhesive Products, Inc. PO Box 727 Lemont, IL 60439 | - | | | | | | 1,134.37 |
| Account No. | | | | | | | |
| Perfecta-USA 55.5 S. Franklin Road Indianapolis, IN 46239 | - | | | | | | 1,638.40 |
| Account No. | | | | | | | |
| Phoenix Binding Corp. 1100 W. Pratt Blvd. Elk Grove Village, IL 60007 | - | | | | | | 42,761.35 |

Sheet no. __22__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         **52,932.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**
                                                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Platinum Converting, Inc.** **861 Expressway Drive** **Itasca, IL 60143** | - | | | | | | 7,182.61 |
| Account No. | | | | | | | |
| **Precise Digital Printing, Inc.** **1717 Elmhrust Road** **Elk Grove Village, IL 60007** | - | | | | | | 82.13 |
| Account No. | | | | | | | |
| **PressSense Films, LLC** **PO Box 725** **Lemont, IL 60439** | - | | | | | | 8,471.16 |
| Account No. | | | | | | | |
| **Priority One Delivery Service, Inc.** **645 Stevenson Road** **South Elgin, IL 60177** | - | | | | | | 55.00 |
| Account No. | | | | | | | |
| **Prospect Logistics Services, LLC** **2977 Highway K** **Suite 109** **O Fallon, MO 63366** | - | | | | | | 5,820.80 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           21,611.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.** ,                                      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Quality Backflow Testing** **PO Box 175** **Western Springs, IL 60558-0175** | | | | | | | | 600.00 |
| Account No. | | - | | | | | | |
| **Quality Mechanical Inc.** **17600 N. Williams Street** **Suite 5** **Thornton, IL 60476** | | | | | | | | 599.74 |
| Account No. | | - | | | | | | |
| **R.F. Barthel Truck** **PO Box 1368** **Addison, IL 60101** | | | | | | | | 13,685.00 |
| Account No. | | - | | | | | | |
| **RB Enterprises** **PO Box 3445** **Saint Charles, IL 60174** | | | | | | | | 2,628.00 |
| Account No. | | - | | | | | | |
| **Roadrunner Dawes Trans. Serv.** **3576 Paysphere Circle** **Chicago, IL 60674** | | | | | | | | 530.52 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              18,043.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Roscoe** **PO Box 1368** **Addison, IL 60101** | - | | | | | | | 1,844.50 |
| Account No. | | | | | | | | |
| **Safemasters Co., Inc.** **Dept. CH 14202** **Palatine, IL 60055-4202** | - | | | | | | | 203.00 |
| Account No. | | | | | | | | |
| **Smart, Inc.** **41W584 U.S. Highway 20** **Hampshire, IL 60140** | - | | | | | | | 375.00 |
| Account No. | | | | | | | | |
| **Sno-Control Enterprises, LLC** **PO Box 034** **Lemont, IL 60439** | - | | | | | | | 800.00 |
| Account No. | | | | | | | | |
| **Spartan Graphics** **200 Applewood Drive** **Sparta, MI 49345** | - | | | | | | | 11,528.08 |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,750.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.**                                                    ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Spartech Packaging Technologies**<br>**Spartech Plastics, Inc.**<br>**91462 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | | | 24,230.93 |
| Account No.<br><br>**Specialty Finishing Group**<br>**1100 Touhy Ave**<br>**Elk Grove Village, IL 60007** | - | | | | | | 3,391.56 |
| Account No.<br><br>**Specialty Print Communications**<br>**6019 W. Howard Street**<br>**Niles, IL 60714** | - | | | | | | 197,056.82 |
| Account No.<br><br>**Spiral Binding Communications**<br>**6019 W. Howard Street**<br>**Niles, IL 60714** | - | | | | | | 1,952.30 |
| Account No.<br><br>**Sprint**<br>**PO Box 60078**<br>**Dallas, TX 75266-0075** | - | | | | | | 1,196.65 |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

227,828.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Sprint Electrical Service** <br> **1575 Jarvis Avenue** <br> **Elk Grove Village, IL 60007** | | - | | | | | | 250.20 |
| Account No. <br><br> **Suburban Mailing Services, Inc.** <br> **2020 Swift Drive** <br> **Oak Brook, IL 60523-1578** | | - | | | | | | 965.75 |
| Account No. <br><br> **Superior Copies, Inc.** <br> **904 central Avenue** <br> **Roselle, IL 60172** | | - | | | | | | 4,143.20 |
| Account No. <br><br> **Sure Lubricants** <br> **PO Box 2601** <br> **Lake Zurich, IL 60048-0261** | | - | | | | | | 131.84 |
| Account No. <br><br> **Technotrans America, Inc.** <br> **PO Box 5815** <br> **Carol Stream, IL 60197-5815** | | - | | | | | | 0.00 |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,490.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Thought Transformation, Inc. 3510 Evans Riudge Trail Atlanta, GA 30340-4833 | - | | | | | | 319.00 |
| Account No. | | | | | | | |
| Tobe Direct 3700 Park Plaza Ave. Suite 210 Louisville, KY 40241-2287 | - | | | | | | 2,525.05 |
| Account No. | | | | | | | |
| Toyo Ink America, LLC PO Box 94006 Chicago, IL 60690 | - | | | | | | 1,965.76 |
| Account No. | | | | | | | |
| Transilwrap Company, Inc. 2434 Momentum Place Chicago, IL 60689-5324 | - | | | | | | 43,477.51 |
| Account No. | | | | | | | |
| Tree Towns Reprographics, Inc. 542 Spring Road Elmhurst, IL 60126 | - | | | | | | 3,959.69 |

Sheet no. __28__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **52,247.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Trendex** <br> **240 E. Maryland Ave** <br> **Saint Paul, MN 55117** | | - | | | | | | 2,539.48 |
| Account No. <br><br> **U Line** <br> **12575 Uline Drive** <br> **Pleasant Prairie, WI 53158** | | - | | | | | | 3,693.03 |
| Account No. **SBA Loan # 328033460-03** <br><br> **U.S. Small Business Administration** <br> **409 3rd St SW** <br> **Washington, DC 20416** | X | - | | July 24, 2008 | | | | 1,894,000.00 |
| Account No. **SBA Loan # 2192366004** <br><br> **U.S. Small Business Administration** <br> **409 3rd St SW** <br> **Washington, DC 20416** | | - | | June 13, 2006 | | | | 1,100,000.00 |
| Account No. <br><br> **Unishippers** <br> **GRR 7147 South Grand** <br> **West Springfield, IL 62704** | | - | | | | | | 11,062.58 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         3,011,295.09

B6F (Official Form 6F) (12/07) - Cont.

In re **All Out, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Unisource Great Lakes** **7472 Collection Center Drive** **Chicago, IL 60693** | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| **UPS Supply Chain Solutions, Inc.** **28013 Network Place** **Chicago, IL 60673-1280** | - | | | | | | 38.21 |
| Account No. | | | | | | | |
| **US Messenger & Logistics, Inc.** **7790 Quinct Street** **Willowbrook, IL 60527** | - | | | | | | 95.05 |
| Account No. | | | | | | | |
| **USB Media, Inc.** **400 Columbus Avenue** **Suite 25-S** **Valhalla, NY 10595** | - | | | | | | 8,576.00 |
| Account No. | | | | | | | |
| **VAResources, Inc.** **PO Box 6434** **Carol Stream, IL 60197-6434** | - | | | | | | 17,057.56 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,766.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Veterans Print Management** <br> **35 Cherrywood Drive** <br> **Palos Park, IL 60464** | - | | | | | | 2,372.29 |
| Account No. <br><br> **Veterans Print Management** <br> **35 Cherrywood Drive** <br> **Palos Park, IL 60464** | - | | Line of Credit | | | | 600,000.00 |
| Account No. <br><br> **Veterans Print Management** <br> **35 Cherrywood Drive** <br> **Palos Park, IL 60464** | - | | various | | | | 41,988.00 |
| Account No. <br><br> **William Koch** <br> **6437 N. Tichigan** <br> **Waterford, WI 53185** | - | | | | | | 300.00 |
| Account No. <br><br> **Woodridge Chamber of Commerce** <br> **5 Plaza Drive** <br> **Suite 212** <br> **Woodridge, IL 60517** | - | | | | | | 330.00 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

644,990.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **All Out, Inc.** _____ ,  Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Woodridge Police Department** <br>**1 Plaza Drive #1** <br>**Woodridge, IL 60517** | - | | | | | | 460.00 |
| Account No. <br><br>**World Courier Ground** <br>**PO Box 64646** <br>**Baltimore, MD 21261-4646** | - | | | | | | 7,282.65 |
| Account No. <br><br>**World Marketing-Chicago** <br>**7950 Joliet Road, Suite 200** <br>**McCook, IL 60525-3482** | - | | | | | | 950.00 |
| Account No. <br><br>**Worldwide Logistics** <br>**1213 Remington Blvd.** <br>**Romeoville, IL 60446** | - | | | | | | 425.00 |
| Account No. <br><br>**Xpedx** <br>**3568 Solutions Center** <br>**Chicago, IL 60677-3005** | - | | | | | | 66,151.09 |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **75,268.74**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **All Out, Inc.**                                                    ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **YRC, Inc.** <br> **PO Box 93151** <br> **Chicago, IL 60673-3151** | - | | | | | | | 628.76 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 628.76 |
| Total <br> (Report on Summary of Schedules) | | 5,454,309.23 |

B6G (Official Form 6G) (12/07)

.

In re   **All Out, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Illinois Paper & Copier CO** <br> **6 Territorial Court** <br> **Bolingbrook, IL 60440** | **(3) Konica Minolta B/W copier digital** <br> **(1) Ricoh Color Copier** |
| **Joel I. Friedland** <br> **Newmark Knight Frank Epic** <br> **5600 N. River Rd, Suite 150** <br> **Rosemont, IL 60018** | **10430 Argonne Woods Drive** <br> **Woodridge, IL 60517** <br> **Lease on Building and Land for Printing Company** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __All Out, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James B. Capuano**<br>**10420 Bloomfield Drive**<br>**Palos Park, IL 60464**<br>  **Individual Guaranty dated May 18, 2006.** | **People's Capital and Leasing Corp.**<br>**255 Bank Street**<br>**Waterbury, CT 06702** |
| **James B. Capuano**<br>**10420 Bloomfield Drive**<br>**Palos Park, IL 60464** | **U.S. Small Business Administration**<br>**409 3rd St SW**<br>**Washington, DC 20416** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **All Out, Inc.**                              Case No.

                                        Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **47**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June  9, 2011**                                 Signature    **/s/ J.B. Capuano**

                                                                  **J.B. Capuano**

                                                                  **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **All Out, Inc.**                                                    Case No.

                                            Debtor(s)          Chapter          **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

### 3. Payments to creditors

None ■    ***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Neal Wolf & Assoc.** | | |
| **Ellsworth Law Group, LLC** **2600 N. Mayfair Rd. Suite 700** **Wauwatosa, WI 53226** | **May 2011** | **$12,500** |
| **Parr Financial** | | |

4

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT            NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT            NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Daly Financial Co., Ltd.**<br>**2125 N. Pine St.**<br>**New Lenox, IL 60451** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

7

NAME AND ADDRESS

**Peoples Capital Land Leasing Corp.**
**255 Bank St.**
**Waterbury, CT 06702**

DATE ISSUED

**First quarter 2010**

---

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **J.B. Capuano** | **President/CEO** | **100%** |

---

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June  9, 2011**                    Signature    **/s/ J.B. Capuano**
                                                        **J.B. Capuano**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    **All Out, Inc.** _____      Case No. _____

_____

Debtor(s)      Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................    $ _____ **12,500.00**

Prior to the filing of this statement I have received .......................................    $ _____ **12,500.00**

Balance Due .....................................................................................................    $ _____ **0.00**

2.    $ **1,039.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June  9, 2011** _____      **/s/ John Ellsworth** _____
**John Ellsworth 1074506 (WI), 0009369 (IL)**
**Ellsworth Law Group, LLC**
**2600 N. Mayfair Road**
**Suite 700**
**Wauwatosa, WI 53226**
**414-771-5070  Fax: 414-918-8306**
**John@unitedstatesaudit.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **All Out, Inc.**                                                                  ,    Case No. _____

                                                        Debtor

                                                                                            Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James B. Capuano** | **Common** | **1000** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**June  9, 2011**_____        Signature **/s/ J.B. Capuano**_____
                                                        **J.B. Capuano**
                                                        **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **All Out, Inc.**                                                 Case No.

                                             Debtor(s)       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:             **170**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 9, 2011**                         **/s/ J.B. Capuano**

                                             **J.B. Capuano**/President
                                           Signer/Title

10430 Argonne Woods
c/o Cook Financial
5600 N. River Road, Suite 150
Rosemont, IL 60018


A&M Quality Transport INc.
758 Lambert Ln.
Bartlett, IL 60103


A-Bec Electric
253 Marion Court
Bensenville, IL 60106


Accurate Printing Repair & Sales
157 Eisenhower Lane North
Lombard, IL 60148


Actega Kelstar, Inc.
950 S. Chester Ave.
Suite B2
Delran, NJ 08075


AEI Service
17756 S. Marti Road
Mokena, IL 60448


American First Aid Services, Inc.
784 Church Road
Elgin, IL 60123


American Pressroom Supplies
9001 West Exchange Place
Franklin Park, IL 60131


Amflex Packaging Corporation
3350 Main Street
Skokie, IL 60076-2451


Ashland
16937 Collections Center Drive
Chicago, IL 60693-6397


ASI Mailing & Fulfillment
1958 Ohio Street
Lisle, IL 60532

Assurant Health
1405 Xenium Lane North
Suite 230
Plymouth, MN 55441-4410


AT&T
Mobility
PO Box 6428
Carol Stream, IL 60197-6428


Audi
Volkswagen Credit Department 129601
PO Box 67000
Detroit, MI 48267


BCC Software, Inc.
39093 Treasury Center
Chicago, IL 60694-9000


Bella Brew
7742 W. 99th Street
Hickory Hills, IL 60457


Booklet Binding
710 Kimberly Drive
Carol Stream, IL 60188-9406


Bottcher American Corp.
PO Box 823439
Philadelphia, PA 19182-3439


Brabazon
2484 Century Road
PO Box 10827
Green Bay, WI 54307


Bruce Transportation
P.O. Box 132
Mukwonago, WI 53149


Call One
PO Box 76112
Cleveland, OH 44101-4755

Cardinal Transportation Solutions
6209 MId Rivers Mall Drive
Suite 210
Saint Charles, MO 63301


Case Paper Co., Inc.
900 W. 45th Street
Chicago, IL 60609


Chas. H. Luck Envelope, Inc.
10551 Anderson Place
Franklin Park, IL 60131


Chicago Mailing Tube Co.
400 Leavitt
Chicago, IL 60612


Chisholm Industries
8304 West Parkland Court
Milwaukee, WI 53223


Cimco Communications
Comcast Phone LLC
16333 Collections Drive
Chicago, IL 60693


Clausen Miller P.C.
10 South LaSalle
Chicago, IL 60603


Clear Staff Inc.
7501 S. Lemont Road
Suite 220
Woodridge, IL 60517


Colson Service Group
101 Barclay Street
8th Floor East
New York, NY 10286


Colter Peterson
414 East 16th Street
Paterson, NJ 07514

Com Ed
PO Box 6112
Carol Stream, IL 60197-6112

Connemara Converting
8014 Solutions Center
Chicago, IL 60677-8000

Constellation NewEnergy Inc.
1221 Lamar St.
Suite 750
Houston, TX 77010

Converted Images
365 Criss Circle
Elk Grove Village, IL 60007

Converting Solutions, Inc.
8910 58th PLace, Suite 100
Kenosha, WI 53144

Copresco
262 Commonwealth Dr.
Carol Stream, IL 60188

CS Packaging, Inc.
1620 Fullerton Ct. #200
Glendale Heights, IL 60139

CSR Industries, Inc.
425 East Fourth Street
East Dundee, IL 60118

Dahlgrens Buckley Dement
7224 W. 6oth Street
Summit, IL 60501

Data Mart Direct
6405 Muirfield Drive
Hanover Park, IL 60133

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197

Diamond Die & Bevel Cutting LLC
2087 Foster Avenue
Wheeling, IL 60090

Digital Printing & Imaging
2246 Palmer Dr
Suite 107
Schaumburg, IL 60173

Digital Printing, Inc.
5005 Chase Avenue
Downers Grove, IL 60515

Domestic Uniform Rental
900 47th Street S.W. Unit G
Wyoming, MI 46548

Double D Express
PO Box 606
Peru, IL 61354-0606

Dressler | Peters, LLC
111 W. Washington St, Suite 1900
Chicago, IL 60602

Dupli-Graphic
3628 North Lincoln Avenue
Chicago, IL 60613

Duraco, Inc.
7400 Industrial Drive
Forest Park, IL 60130-2514

e-LYNXX Corporation
1051 Sheffler Drive
Chambersburg, PA 17201-4851

E.R.C. Delivery Service
481 W. Fullerton Avenue
Elmhurst, IL 60126

Eagles Nest Holdings LLC d/b/a
Sabin Robbins
PO Box 713419
Cincinnati, OH 45271

EKCC
PO Box 740729
Atlanta, GA 30374-0729


Employer Plan Services, Inc.
2180 N. Loop W. Suite 400
Houston, TX 77018


Expedited Freight Systems, INc.
4801 68th Avenue
Kenosha, WI 53144


Federal Express
PO Box 94515
Palatine, IL 60094


FLEXcon Company, Inc.
PO Box 904
Spencer, MA 01562-0904


Forest Printing Company
7214 W. Madison
Forest Park, IL 60130


Fujifilm Graphic Systems USA, Inc.
850 Central Avenue
Hanover Park, IL 60133


G&K Service
8201 South Cork Avenue
Justice, IL 60458


General Binding Corp
PO Box 71361
Chicago, IL 60694-1361


Genesis Packaging and Design Inc.
20W345-A
1091st Street
Lemont, IL 60439


GPA
P.O. Box 88872
Milwaukee, WI 53288

Grace Printing
2050 W. Devon Avenue
Chicago, IL 60659


Grafsolve Company
PO Box 1185
Northbrook, IL 60065-1185


Graphic Arts Finishing Co.
1990 N. Mannheim
Melrose Park, IL 60160


Graphic Industries, Inc.
220 Bond Street
Elk Grove Village, IL 60007


Greatland
P.O. Box 1157
Grand Rapids, MI 49501


Groot Industries, Inc.
1759 Elmhurst Rd.
Elk Grove Village, IL 60007


Guardian
PO Box 95101
Chicago, IL 60694-5101


Guardsman Laminating Inc.
884 County Line Rd
Bensenville, IL 60106


Harris Bookbinding LLC
5375 Walnut Avenue
Downers Grove, IL 60515


Henkel Corporation
PO Box 281666
Atlanta, GA 30384


Hiflex Corp
Attn: Alicia Schaefer
PO Box 213
Ashland, NY 12407

Hostmann-Steinberg
Dept 10137
PO Box 87618
Chicago, IL 60680-0618


Hydra-Vac, Inc.
4200 Grove Street
Gurnee, IL 60031


Illinois American Water
PO Box 94551
Palatine, IL 60094-4551


Illinois American Water - Water
PO Box 94551
Palatine, IL 60094-4551


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794


Illinois Paper & Copier CO
6 Territorial Court
Bolingbrook, IL 60440


Illinois Paper & Copier Co.
6 Territorial Court
Bolingbrook, IL 60440


Internal Revenue Service
2001 Butterfield Road
Stop 5338 WSB
Downers Grove, IL 60515-1050


James B. Capuano
10420 Bloomfield Drive
Palos Park, IL 60464


James J. Capuano
35 Cherrywood Drive
Palos Park, IL 60464

Joel I. Friedland
Newmark Knight Frank Epic
5600 N. River Rd, Suite 150
Rosemont, IL 60018


Jorson & Carlson, Inc.
1501 Pratt Blvd.
PO Box 796
Elk Grove Village, IL 60007


K&R Plastics, Inc.
10808 Hwy. 290
West Austin, TX 78736


KBA North America, Inc.
POBox 619006
Dallas, TX 75261-9006


Key Equipment Finance, Inc.
PO Box 74713
Cleveland, OH 44194-0796


Labor Power, Inc.
2214 Algonquin Road
Rolling Meadows, IL 60008


Lamp Express USA. Inc.
PO Box 812080
Boca Raton, FL 33481-2080


Landsberg
PO Box 201526
Dallas, TX 75320-1526


Larsen Envelope Co., Inc.
165 Gaylord Street
Elk Grove Village, IL 60007


Larsen Packaging Products, Inc.
419 Village Drive
Carol Stream, IL 60188-1830


Lemont Fire Protection District
15900 New Avenue
Lemont, IL 60439

Letterhead Press, Inc.
16800 W. Ryerson Road
New Berlin, WI 53151


Lithec GmbH
Carl-Feichtner-Ring 29-31
83714 Miesbach Germany


Lubcon Turmo Librication, Inc.
5460 33rd Street SE
Grand Rapids, MI 49515


MadMaxMar
150 Harvester Dr.
Suite 170
Burr Ridge, IL 60527


MCA Industries
681 First Street
SW PO Box 555
Massillon, OH 44648-0555


Mccoyz Graphics, LLC
1411 Burnett Drive
Aurora, IL 60502


MCD Incorporated
2547 Progress Road
Madison, WI 53716


MedTrade LTD
2354 West Rice
Chicago, IL 60622


Midland Paper
1140 Paysphere Circle
Chicago, IL 60674


Midwest Ink Co.
2701 S. 12th Avenue
Broadview, IL 60155

Midwest Office Interiors
10330 Argonne Woods Dr
Suite 600
Woodridge, IL 60517


MultiSwatch Corporation
2600 S. 25th Ave.
Suite Y
Broadview, IL 60155


NGS Printing
1400 Crispin Drive
Elgin, IL 60123


NICOAT
P.O. Box 809137
Chicago, IL 60680-9137


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


NM Transfer Co., Inc.
630 Muttart Road
Neenah, WI 54956-9752


Norkol, Inc.
PO Box 95177
Palatine, IL 60095-0177


NuWave Die Cutting & Finishing LTD
2733 W. Harrison
Chicago, IL 60612


Oce' Financial Services, Inc.
5450 Cumberland Avenue
Chicago, IL 60656


PAC BannerWorks
3622 N. Home Street
Mishawaka, IN 46545


Packaging Advantage, Inc.
PO Box 910
West Chicago, IL 60186-0910

Peak Business Equipment Co., Inc.
PO Box 910
West Chicago, IL 60186-0910


Peel & Stik Adhesive Products, Inc.
PO Box 727
Lemont, IL 60439


People's Capital and Leasing Corp.
255 Bank Street
Waterbury, CT 06702


Perfecta-USA
55.5 S. Franklin Road
Indianapolis, IN 46239


Phoenix Binding Corp.
1100 W. Pratt Blvd.
Elk Grove Village, IL 60007


Platinum Converting, Inc.
861 Expressway Drive
Itasca, IL 60143


Precise Digital Printing, Inc.
1717 Elmhrust Road
Elk Grove Village, IL 60007


PressSense Films, LLC
PO Box 725
Lemont, IL 60439


Priority One Delivery Service, Inc.
645 Stevenson Road
South Elgin, IL 60177


Prospect Logistics Services, LLC
2977 Highway K
Suite 109
O Fallon, MO 63366


Quality Backflow Testing
PO Box 175
Western Springs, IL 60558-0175

Quality Mechanical Inc.
17600 N. Williams Street
Suite 5
Thornton, IL 60476


R.F. Barthel Truck
PO Box 1368
Addison, IL 60101


RB Enterprises
PO Box 3445
Saint Charles, IL 60174


Roadrunner Dawes Trans. Serv.
3576 Paysphere Circle
Chicago, IL 60674


Roscoe
PO Box 1368
Addison, IL 60101


Safemasters Co., Inc.
Dept. CH 14202
Palatine, IL 60055-4202


Smart, Inc.
41W584 U.S. Highway 20
Hampshire, IL 60140


Sno-Control Enterprises, LLC
PO Box 034
Lemont, IL 60439


Spartan Graphics
200 Applewood Drive
Sparta, MI 49345


Spartech Packaging Technologies
Spartech Plastics, Inc.
91462 Collections Center Drive
Chicago, IL 60693


Specialty Finishing Group
1100 Touhy Ave
Elk Grove Village, IL 60007

Specialty Print Communications
6019 W. Howard Street
Niles, IL 60714


Spiral Binding Communications
6019 W. Howard Street
Niles, IL 60714


Sprint
PO Box 60078
Dallas, TX 75266-0075


Sprint Electrical Service
1575 Jarvis Avenue
Elk Grove Village, IL 60007


Suburban Mailing Services, Inc.
2020 Swift Drive
Oak Brook, IL 60523-1578


Superior Copies, Inc.
904 central Avenue
Roselle, IL 60172


Sure Lubricants
PO Box 2601
Lake Zurich, IL 60048-0261


Technotrans America, Inc.
PO Box 5815
Carol Stream, IL 60197-5815


Thought Transformation, Inc.
3510 Evans Riudge Trail
Atlanta, GA 30340-4833


Tobe Direct
3700 Park Plaza Ave.
Suite 210
Louisville, KY 40241-2287


Toyo Ink America, LLC
PO Box 94006
Chicago, IL 60690

Transilwrap Company, Inc.
2434 Momentum Place
Chicago, IL 60689-5324


Tree Towns Reprographics, Inc.
542 Spring Road
Elmhurst, IL 60126


Trendex
240 E. Maryland Ave
Saint Paul, MN 55117


U Line
12575 Uline Drive
Pleasant Prairie, WI 53158


U.S. Small Business Administration
409 3rd St SW
Washington, DC 20416


Unishippers
GRR 7147 South Grand
West Springfield, IL 62704


Unisource Great Lakes
7472 Collection Center Drive
Chicago, IL 60693


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280


US Messenger & Logistics, Inc.
7790 Quinct Street
Willowbrook, IL 60527


USB Media, Inc.
400 Columbus Avenue
Suite 25-S
Valhalla, NY 10595


VAResources, Inc.
PO Box 6434
Carol Stream, IL 60197-6434

Veterans Print Management
35 Cherrywood Drive
Palos Park, IL 60464


William Koch
6437 N. Tichigan
Waterford, WI 53185


Woodridge Chamber of Commerce
5 Plaza Drive
Suite 212
Woodridge, IL 60517


Woodridge Police Department
1 Plaza Drive #1
Woodridge, IL 60517


World Courier Ground
PO Box 64646
Baltimore, MD 21261-4646


World Marketing-Chicago
7950 Joliet Road, Suite 200
McCook, IL 60525-3482


Worldwide Logistics
1213 Remington Blvd.
Romeoville, IL 60446


Xpedx
3568 Solutions Center
Chicago, IL 60677-3005


YRC, Inc.
PO Box 93151
Chicago, IL 60673-3151

# United States Bankruptcy Court
## Northern District of Illinois

In re  **All Out, Inc.** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **All Out, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  9, 2011** _____        **/s/ John Ellsworth** _____
Date                                     **John Ellsworth 1074506 (WI), 0009369 (IL)**
                                     Signature of Attorney or Litigant
                                     Counsel for   **All Out, Inc.** _____
                                     **Ellsworth Law Group, LLC**
                                     **2600 N. Mayfair Road**
                                     **Suite 700**
                                     **Wauwatosa, WI 53226**
                                     **414-771-5070 Fax:414-918-8306**
                                     **John@unitedstatesaudit.com**